```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 2-19-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                          Plaintiff,

      -against-                                21-CR-28 (ALC)

                                              **ORDER**

JOSE ROBLES and FRANCISCO JAVIER
MACIAS,

                        Defendant.
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **February 25, 2021** at **3:30 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:      New York, New York
              February 18, 2021

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**