

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2021

**By ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 6-21-21

Re:   *United States v. Jose Robles*, 21 CR 28 (ALC)

Dear Judge Carter,

The parties respectfully submit this joint status report to the Court and apologize for the delay in its submission past the deadline of June 9, 2021. The defendant has accepted a plea offer from the Government and executed a plea agreement. For this reason, the parties respectfully request that the Court schedule a change of plea at its earliest convenience. The Government understands that the defendant respectfully requests to appear for that change of plea on a remote basis and consents to proceeding by videoconference or teleconference should videoconference not prove reasonably available. Finally, with the consent of the defendant, the Government respectfully requests that the Court exclude time under the Speedy Trial Act from today, June 18, 2021 through the date on which a change of plea is scheduled pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the ends of justice served by such an exclusion and the opportunity that it will permit for the defendant to obtain a pre-trial disposition to which he has agreed outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully,

AUDREY STRAUSS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Jonathan Marvinny (Counsel to Jose Robles) (by ECF)

The application is granted. A change of plea hearing is set for 7-1-21 at 12:00 p.m. Time excluded. So Ordered.

*/s/ Andrew L. Carter*

6-21-21