UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-1-21

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

JOSE ROBLES,

                    Defendant.

21-CR-28 (ALC)

**ORDER**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Today's Change of Plea Hearing will take place by telephone. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            July 1, 2021

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**