# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 29, 2021

By ECF

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York

11-1-21

**Re: United States v. Jose Robles, 21 Cr. 28 (ALC)**

Dear Judge Carter:

I write to respectfully request an adjournment of sentencing, which is currently scheduled for November 16, 2021, until mid-December. The reason for this request is that I am starting trial in *United States v. Derek Jones*, S1 21 Cr. 59 (LAP), on November 8. Trial is expected to last several weeks. I am thus unable to attend the currently scheduled sentencing in this matter or adequately prepare my sentencing submission. The Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Kedar Bhatia, Esq.

*The application is granted. Sentencing adjourned to 12-14-21 at 12 p.m. So Ordered. 11-1-21*